# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| MARC WATERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:22-cv-00211-MN |
| v. | ) |
| | ) |
| APRIA, INC. JOHN G. FIGUEROA, | ) |
| MICHAEL AUDET, JOHN R. MURPHY, | ) |
| NORMAN C. PAYSON, DEVON RINKER, | ) |
| NEIL P. SIMPKINS, LYNN SHAPIRO | ) |
| SNYDER, DANIEL J. STARCK, MIKE S. | ) |
| ZAFIROVSKI, TERRI KLINE, and | ) |
| SUSANNAH GRAY, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: June 10, 2022

**RIGRODSKY LAW, P.A.**

By: /s/ *Gina M. Serra*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert W. Mondros (#3308)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com
Email: hwm@rl-legal.com

*Attorneys for Plaintiff*